Jerome Lee BORDERS, Petitioner—
Appellant,

v.

UNITED STATES of America,
Respondent—Appellee.

No. 05–6408.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 20, 2005.

Decided: Oct. 26, 2005.

Jerome Lee Borders, Appellant Pro Se.

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM:

Jerome Lee Borders, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Borders v. United States, No. CA–04–194–5–2–MU (W.D.N.C. Feb. 22, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*